UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORIGEN CAPITAL INVESTMENTS 15, LLC, | * |
| Plaintiff, | * |
| v. | *  C.A. No. |
| William V.K. Fletcher, III | * |
| Defendant. | * |

## COMPLAINT

### PARTIES AND JURISDICTION

1. The Plaintiff, Origen Capital Investments 15, LLC, is a Massachusetts limited liability company, with an address of 112 South Street, 6th Floor, Boston, Suffolk County, Massachusetts 02111.

2. The Defendant, William V.K. Fletcher III, is an individual with an address of 6 Sea Breeze Avenue, Biddeford, Maine 04005.

3. The amount in controversy between the parties is sufficient to confer jurisdiction upon this Court.

### COUNT I
### (BREACH OF CONTRACT – NOTE AND GUARANTY)

4. On June 23, 2021, 121 North Common, LLC ("121 North Common"), by and through its member, the Defendant, William V.K. Fletcher III ("Fletcher"), executed and delivered to Enterprise Bank and Trust Company, Plaintiff's predecessor-in-interest, a Promissory Note ("Note") in the original principal amount of $500,000.00. (A copy of said Promissory Note evidencing same is attached hereto as Exhibit "A".)

5. On the same date, the Defendant, Fletcher executed and delivered to Plaintiff's predecessor-in-interest a Commercial Guaranty whereby Fletcher agreed to guaranty the obligations of 121 North Common to Plaintiff's predecessor-in-interest. (A copy of said Commercial Guaranty evidencing same is attached hereto as Exhibit "B".)

6. On March 11, 2025, Plaintiff's predecessor-in-interest executed and delivered to Plaintiff an Allonge transferring the Note to the Plaintiff (A copy of said Allonge evidencing same is attached hereto as Exhibit "C".)

7. On April 8, 2025, the Plaintiff made demand upon 121 North Common and the Defendant, Fletcher for all amounts due and owing to the Plaintiff. However, 121 North Common and

the Defendant, Fletcher have failed to make payment, in full, to the Plaintiff after demand was made upon them. (Copies of said demand letters evidencing same are attached hereto as Exhibit "D".)

8. As a result of said default, there is presently due and owing from the Defendant, Fletcher to the Plaintiff on the Note the sum of Four Hundred Ninety-Nine Thousand Two Hundred Thirty-Six and 18/100 ($499,236.18) Dollars, plus accrued interest in the amount of Sixty-Nine Thousand Five Hundred Thirty-Five and 01/100 ($69,535.01) Dollars, plus late charges in the amount of Two Thousand Three Hundred Ninety-Seven and 84/100 ($2,397.84) Dollars, plus forced-placed insurance in the amount of Four Thousand Seven Hundred Seventy-Four and 80/100 ($4,774.80) Dollars, plus escrow deficiency due in the amount of Sixteen Thousand Five Hundred Thirty-Nine and 13/100 ($16,539.13) Dollars, plus auctioneer costs in the amount of One Thousand Nine Hundred Twenty-Five and 00/100 ($1,925.00) Dollars, plus Lynn, MA ISD Fee in the amount of Five Hundred and 00/100 ($500.00) Dollars, plus legal fees and costs in the amount of Eleven Thousand Two Hundred Fifty-Seven and 83/100 ($11,257.83) Dollars for a total of Six Hundred Six Thousand One Hundred Sixty-Five and 79/100 ($606,165.79) Dollars as of October 29, 2025.

9. Furthermore, the Defendant, Fletcher owes to the Plaintiff reimbursement for reasonable attorneys' fees and costs incurred by the Plaintiff in connection with 121 North Common and the Defendant's default under the subject Note and Commercial Guaranty.

WHEREFORE, the Plaintiff demands Judgment against the Defendant, William V.K. Fletcher III, in an amount to be determined by this Honorable Court plus interest, the cost of suit and reasonable attorneys' fees, all in accordance with the Note and Commercial Guaranty, executed by 121 North Common and the Defendant, William V.K. Fletcher III, and grant the Plaintiff such other and further relief as this Honorable Court deems just and equitable.

## COUNT II
## (MONEY HAD AND RECEIVED)

10. The Plaintiff repeats and incorporates by reference the allegations contained in Paragraphs 1 through 9 into this Count II.

11. The Defendant, Fletcher owes to the Plaintiff the sum of Six Hundred Six Thousand One Hundred Sixty-Five and 79/100 ($606,165.79) Dollars as of October 29, 2025 for money had and received by the Defendant in connection with the subject Note and Commercial Guaranty, to be paid by the Defendant to the Plaintiff.

WHEREFORE, the Plaintiff demands Judgment against the Defendant, William V.K. Fletcher III, in an amount to be determined by this Honorable Court plus interest, the cost of suit and reasonable attorneys' fees, all in accordance with the Note and Commercial Guaranty, executed by 121 North Common and the Defendant, William V.K. Fletcher III, and grant the Plaintiff such other and further relief as this Honorable Court deems just and equitable.

Respectfully submitted for the Plaintiff,
ORIGEN CAPITAL INVESTMENTS 15, LLC
By its Attorneys,
PELOTE LAW GROUP, P.C.


/s/ Raymond C. Pelote
Raymond C. Pelote, Esq., BBO #655475
534 New State Highway, Suite 6
Raynham, MA 02767
Tel.: (508) 301-4200
rpelote@pelotelaw.com

Dated: October 29, 2025

    I, James P. Robertson, Jr., Manager of Origen Capital Investments 15, LLC, do hereby verify under penalties of perjury that I have read the within Verified Complaint; that the facts stated herein are true; submitted upon my own knowledge, information and belief, and insofar as upon information and belief, I believe the information to be true; and no material facts have been omitted.

    Signed this 29 of October, 2025.

                                Origen Capital Investments 15, LLC


                                James P. Robertson, Jr., Manager